NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEANNA MAE CASIANO, PATRICIA BARRETT,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2019-2321

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-01315-EDK, Judge Elaine Kaplan.

---

**JUDGMENT**

---

JASON E. PERRY, Law Office of Jason Perry, Cheshire, CT, argued for plaintiffs-appellants.

WILLIAM JAMES GRIMALDI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ETHAN P. DAVIS, REGINALD THOMAS BLADES, JR., ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 11, 2020        /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                      Clerk of Court